```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

LAURA PALMER,                           \*

    Plaintiff                       \*

                                Case Number 4:04-CV-21 (CDL)

vs.                                     \*

STEWART COUNTY SCHOOL DISTRICT,         \*
and Dr. BETTYE RAY, Individually
and in her Official Capacity as         \*
Former Superintendent of
Stewart County School District,         \*

    Defendants                      \*

## J U D G M E N T

JUDGMENT is hereby entered as follows:

(1)  Plaintiff shall recover damages in the amount of $4,269.64 on her claim under the Fair Labor Standards Act against Defendant Stewart County School District.  This amount shall accrue interest from the date of entry of judgment at the rate of 3.88 percent per annum until paid in full.   Plaintiff shall also recover her costs of this action from Defendant Stewart County School District;

(2)  Plaintiff shall recover nothing of Defendant Stewart County School District on her remaining claims; and

(3)  Plaintiff shall recover nothing of Defendant Ray.  Defendant Ray shall also recover her costs of this action

This 26th day of September, 2005.

                                          Gregory J. Leonard, Clerk

                                          S/ Timothy L. Frost
                                          Deputy Clerk

Approved by:

S/Clay D. Land
Clay D. Land
United States District Judge